**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
GUSTAVO GARCES, individually and on behalf of others similarly situated,

        Plaintiff,              CASE NO.: 2:23-cv-01042-DG-LGD

v.                                 **JUDGMENT**

JOSE F. SANTIAGO d/b/a Jose F. Santiago Landscaping, an individual,

        Defendant.
----------------------------------------------------------X

WHEREAS, on or about November 20, 2023, Defendant, JOSE F. SANTIAGO d/b/a Jose F. Santiago Landscaping extended to Plaintiff, GUSTAVO GARCES, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00); GUSTAVO GARCES, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ORDERED and ADJUDGED, that Plaintiff, GUSTAVO GARCES, have judgment against Defendant, JOSE F. SANTIAGO d/b/a Jose F. Santiago Landscaping, jointly and severally, in the amount of Twelve Thousand Dollars and Zero Cents ($12,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: Brooklyn, New York
        November 27, 2023.

**BRENNA B. MAHONEY**
**CLERK OF COURT**
**by:** *Jalitza Poveda*
     **Deputy Clerk**